## SETTLEMENT AGREEMENT AND RELEASE

KNOW ALL MEN BY THESE PRESENTS that I, the undersigned, **SEAN NEVILLE,** individually and in my capacity as the Administrator of the Estate of John Elliott Neville, (hereinafter referred to as "Releasor"), for and in consideration of the sum of THREE MILLION AND NO/100 DOLLARS ($3,000,000.00) in cash, which is paid on this day, by Travelers Insurance Company on behalf of Forsyth County, North Carolina and the Office of the Forsyth County Sheriff, the receipt and sufficiency of which is hereby acknowledged, do hereby release and discharge and by these presents do for myself, my heirs, executors, administrators, and assigns, release, acquit and forever discharge BOBBY F. KIMBROUGH, JR., Sheriff of Forsyth County, in his individual and official capacity; LAVETTE MARIA WILLIAMS, in her individual and official capacity; EDWARD JOSEPH ROUSSEL, in his individual and official capacity; SARAH ELIZABETH POOLE, in her individual and official capacity; CHRISTOPHER BRYAN STAMPER, in his individual and official capacity; and ANTONIO MAURICE WOODLEY, in his individual and official capacity; FORSYTH COUNTY, North Carolina, and their employees, officers, agents, heirs, executors, County Commissioners, administrators, legal representatives, insurers, successors and assigns, and each of them respectively (hereinafter referred to individually and severally as "Releasees"), from any and all liability now accrued or hereafter to accrue on account of any and all claims, demands, and causes of action presently existing, whether known or unknown, asserted or unasserted, which the undersigned (individually, and as Administrator of the Estate of John Elliott Neville) now has or may hereafter have against the aforesaid Releasees, and any and all claims for compensation or benefits, damages, attorney's fees or other sums allegedly due thereunder and, by virtue of these presents, do hereby fully release and forever discharge each of them from any and all actions and causes of action, including, but not limited to, claims, actions, cause and causes of action, suits, debts, dues, sums of money, accounts, reckonings, bonds, bills, specialties, covenants, contracts, controversies, agreements, variances, trespasses, damages, judgments, executions, medical/hospital expenses, demands, costs, loss of services, loss of earnings and earning potential, loss of consortium, expenses, attorneys' fees, compensation and all consequential damages, damages for emotional distress, or punitive damages, for any and all claims against Releasees, including, but not limited to, claims arising out of the death of John Elliott Neville and those claims raised in the case currently pending in the U.S. District Court for the Middle District of North Carolina bearing File No. 1:21-CV-578.

## REPRESENTATIONS

And for consideration aforesaid, I, **SEAN NEVILLE** (individually, and as Administrator of the Estate of John Elliott Neville), by executing this Settlement Agreement and Release, do hereby represent, covenant and agree as follows:

1.      **CONSIDERATION:** That I hereby expressly state that the consideration referred to above is in full payment for this General Release. There is no understanding or agreement of any kind for any further or future consideration whatsoever, either implied and/or expected.

1

2.      **VOLUNTARY EXECUTION:** That I have not been influenced or coerced in any manner or to any extent to execute this General Release by any representations or statements of the Releasees regarding any matters, and I have voluntarily executed same.

3.      **ADVICE OF COUNSEL:** That I have had the opportunity to consult with counsel and that I fully understand the terms of this General Release; and that I am making a **full and final** settlement of all claims of every nature and character against the persons, entities, agents or estates hereby released.

4.      **FINAL SETTLEMENT:** That I do voluntarily accept the aforesaid sums for the purpose of making a **full and final** compromise, adjustment and settlement of all my claims and the claims of the Estate of John Elliott Neville against the parties or entities hereby released, past, present and future, and including any and all claims upon my death, by my beneficiaries, spouse, dependents, heirs, children, estate and legal representatives, and all other persons, and that I further acknowledge my understanding that, upon the execution of this document, I discharge any and all claims on my behalf and on behalf of the estate.

5.      **FULL UNDERSTANDING:** I hereby declare that I am eighteen (18) years of age or over and that I suffer from no legal disabilities or mental/physical disabilities which would disable me from executing this Release. I further state that I have not taken any drug or medication prior to the execution of this Release which would prevent me from understanding the terms herein.

6.      **CAREFUL READING:** I have carefully read the foregoing Release and know and understand the contents thereof and I execute the same as my own free act. This Release has been fully explained to me by my attorney.

7.      **SPECIFIC REPRESENTATION AS TO LIENS:** I represent and declare that there are not any undisclosed outstanding liens, claims subrogation/trust agreement, recorded or unrecorded, or medical/hospital/workers compensation/social security/government claims or liens (county, state, or federal) or other related bills or invoices for which the Releasees are or could be responsible/liable, and further represent that any lien/claim has been previously paid and/or satisfied, or I (the undersigned) represent that all amounts owed to lienholders from the sums paid hereunder will be paid to said lienholders from the settlement proceeds. I agree to indemnify and hold harmless the Releasees for the payment of said liens, and specifically agree to pay attorney's fees and costs of the Releasees for the defense of any action whatsoever against the Releasees by any medical provider or other person(s) or entities concerning any outstanding or future bills, medical or otherwise, arising from the above referenced lawsuit.

8.      **DISMISSAL OF CIVIL ACTION:** I have caused all claims in the action hereinabove referred against Releasees to be dismissed with prejudice by proper order of Court, each party to bear their own costs and attorney's fees.

9.      **PRESERVATION OF CLAIMS:** The claims of the Estate against Wellpath and Nurse Heughins are hereby preserved and are not included with this Release.

2

10.    **ORIGINALS:** This General Release may be signed in one or more counterparts, each of which, when executed with the same formality and in the same manner as the original, shall constitute an original.

11.    **NO ADMISSION OF LIABILITY:** I understand that this settlement is a compromise of a doubtful and disputed claim, and that payment is not to be construed as an admission of liability or fault on the part of the persons, firms, organizations, or entities hereby released, by whom liability is expressly denied.

12.    **REPRESENTATION OF BENEFICIARIES:**  That I Sean Neville, as the appointed Administrator of the Estate of John Elliott Neville, acknowledge that I have and do accept full responsibility for properly distributing all settlement funds referred to herein in accordance with all applicable statutes and laws and I, along with Brienne Neville and Kristopher Brown Neville (collectively refer to as "Beneficiaries" whose signatures appear below), do  represent and warrant that the only Beneficiaries of the Estate of John Elliott Neville are his three (3) children who are Sean Neville, Brienne Neville and Kristopher Brown Neville, who have all reached the age of majority.  The Beneficiaries do represent and warrant that no other person or entity has or has had any interest in the claims, demands, obligations, or causes of action referred to in this Settlement Agreement and Release except as otherwise set forth herein and that the Beneficiaries have the sole right and exclusive authority to execute this Settlement Agreement and Release and receive the sums specified in it; and that they have not sold, assigned, transferred, conveyed or otherwise disposed of any of the claims, demands, obligations, or causes of action referred to in this Settlement Agreement and Release.

This General Release contains the ENTIRE AGREEMENT between the parties hereto, and the terms of this General Release are contractual and not a mere recital.

WITNESS MY HAND AND SEAL this the ⎽⎽13⎽⎽ day of ⎽⎽⎽May⎽⎽⎽ , 2022.

⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽(SEAL)
**SEAN NEVILLE, Individually and as Administrator**
**of the Estate of John Elliott Neville**

⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽(SEAL)
**BRIENNE NEVILLE, Beneficiary**

⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽⎽(SEAL)
**KRISTOPHER BROWN NEVILLE, Beneficiary**

3

SIGNED, SEALED AND DELIVERED in the presence of:

*Gleesa Nelson*
WITNESS

3934 Glen Oak Dr. W-S, NC 27105
ADDRESS


STATE OF NORTH CAROLINA

COUNTY OF Forsyth

     I HEREBY CERTIFY that on this day personally appeared before me, an officer duly authorized to administer oaths and take acknowledgments, in the State and County aforesaid, **SEAN NEVILLE** to me well known to be the person described in and who executed the foregoing GENERAL RELEASE, and he acknowledged before me and the witness whose signature appears hereinabove that he read and fully understands its contents; that by this instrument **SEAN NEVILLE** thereby releases all claims against the Releasees and has agreed to hold harmless and indemnify said Releasees (as set forth hereinabove) and thereupon the said **SEAN NEVILLE** duly executed this instrument in my presence as his free act and deed, and for the sole consideration therein expressed.

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal at Forsyth County, North Carolina, on this 12th day of May, 2022.


_____
NOTARY PUBLIC

My Commission expires:

Feb 27, 2026

TOYCE E. SOUTHERN
Notary Public - North Carolina
Forsyth County

4

STATE OF NORTH CAROLINA

COUNTY OF Forsyth

     I HEREBY CERTIFY that on this day personally appeared before me, an officer duly authorized to administer oaths and take acknowledgments, in the State and County aforesaid, **BRIENNE NEVILLE** to me well known to be the person described in and who executed the foregoing GENERAL RELEASE, and she acknowledged before me and the witness whose signature appears hereinabove that she read and fully understands its contents; that by this instrument **BRIENNE NEVILLE** thereby releases all claims against the Releasees and has agreed to hold harmless and indemnify said Releasees (as set forth hereinabove) and thereupon the said **BRIENNE NEVILLE** duly executed this instrument in my presence as her free act and deed, and for the sole consideration therein expressed.

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal at Forsyth County, North Carolina, on this 13 day of May , 2022.

NOTARY PUBLIC

My Commission expires:

Feb 27, 2026

STATE OF NORTH CAROLINA

COUNTY OF Forsyth

TOYCE E. SOUTHERN
Notary Public - North Carolina
Forsyth County

     I HEREBY CERTIFY that on this day personally appeared before me, an officer duly authorized to administer oaths and take acknowledgments, in the State and County aforesaid, **KRISTOPHER BROWN NEVILLE** to me well known to be the person described in and who executed the foregoing GENERAL RELEASE, and he acknowledged before me and the witness whose signature appears hereinabove that he read and fully understands its contents; that by this instrument **KRISTOPHER BROWN NEVILLE** thereby releases all claims against the Releasees and has agreed to hold harmless and indemnify said Releasees (as set forth hereinabove) and thereupon the said **KRISTOPHER BROWN NEVILLE** duly executed this instrument in my presence as his free act and deed, and for the sole consideration therein expressed.

5

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal at _Forsyth_ County, North Carolina, on this _13_ day of _May_, 2022.

_Toyce T. Southern_
NOTARY PUBLIC

My Commission expires:

_Feb 27, 2026_

TOYCE E. SOUTHERN
Notary Public - North Carolina
Forsyth County

6\\\ss-sql\lssdocs\00000100\00132832.000.DOCX

6