IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No.: 1:21-cv-00758-CCE-JEP

| | |
|---|---|
| SEAN NEVILLE, AS ADMINISTRATOR OF THE ESTATE OF JOHN ELLIOTT NEVILLE,<br><br>      Plaintiff,<br><br>v.<br><br>WELLPATH LLC; MICHELLE L. HEUGHINS, RN, in her individual and official capacity; BOBBY F. KIMBROUGH, JR., SHERIFF of FORSYTH COUNTY in his individual and official capacity; LAVETTE MARIA WILLIAMS, LIEUTENANT with the Forsyth County Sheriff's Department, in her individual and official capacity; EDWARD JOSEPH ROUSSEL, CORPORAL with the Forsyth County Sheriff's Department, in his individual and official capacity; SARAH ELIZABETH POOLE, Detention Officer with the Forsyth County Sheriff's Department, in her individual and official capacity; CHRISTOPHER BRYAN STAMPER, Detention Officer with the Forsyth County Sheriff's Department, in his individual and official capacity; and ANTONIO MAURICE WOODLEY, Detention Officer with the Forsyth County Sheriff's Department, in his individual and official capacity; FORSYTH COUNTY,<br><br>      Defendants. | |

## STIPULATION OF DISMISSAL

Plaintiff Sean Neville, as administrator of the Estate of John Elliott Neville, and

Defendants Bobby F. Kimbrough, Jr., Sheriff of Forsyth County in his individual and

official capacity; Lavette Maria Williams, Lieutenant with the Forsyth County Sheriff's Department, in her individual and official capacity; Edward Joseph Roussel, Corporal with the Forsyth County Sheriff's Department, in his individual and official capacity; Sarah Elizabeth Poole, Detention Officer with the Forsyth County Sheriff's Department, in her individual and official capacity; Christopher Bryan Stamper, Detention Officer with the Forsyth County Sheriff's Department, in his individual and official capacity; and Antonio Maurice Woodley, Detention Officer with the Forsyth County Sheriff's Department, in his individual and official capacity; Forsyth County (collectively, the "Settling Defendants"), by and through the undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) stipulate that this action be dismissed as to these Settling Defendants only, with prejudice.

This the 29th day of June, 2022.

| | |
|---|---|
| /s/ Richard J. Keshian | /s/ Scott C. Hart *(with permission)* |
| Richard J. Keshian, N.C. Bar No. 10681 | Scott C. Hart, N.C. Bar No. 19060 |
| Whitney R. Pakalka, N.C. Bar No. 52611 | Ryan D. Eubanks, N.C. Bar No. 53455 |
| Kilpatrick Townsend & Stockton LLP | Sumrell Sugg, P.A. |
| 1001 West Fourth Street | P.O. Drawer 889 |
| Winston-Salem, NC 27101 | New Bern, NC 28563 |
| Telephone: (336) 607-7300 | Telephone: (252) 633-3131 |
| Facsimile: (336) 607-7500 | Facsimile: (252) 633-3507 |
| rkeshian@kilpatricktownsend.com | shart@nclawyers.com |
| wpakalka@kilpatricktownsend.com | reubanks@nclawyers.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendants Bobby F. Kimbrough, Jr. & Forsyth County* |

/s/ Derek M. Crump *(with permission)*
Derek M. Crump, N.C. Bar No. 15818
Noelle K. Demeny, N.C. Bar No. 54805
Brown, Crump, Vanore & Tierney PLLC
801 Oberlin Road, Suite 330
Raleigh, NC 27605
Telephone: (919) 835-0909
Facsimile: (919) 835-0915
dcrump@bcvtlaw.com
ndemeny@bcvtlaw.com

*Attorneys for Defendant Lavette Maria Williams*

/s/ William L. Hill *(with permission)*
William L. Hill, N.C. Bar No. 21095
Frazier Hill & Fury, R.L.L.P.
P.O. Drawer 1559
Greensboro, NC 27402-1559
Telephone: (336) 378-9411
Facsimile: (336) 274-7358
whill@frazierlawnc.com

*Attorney for Defendant Edward Joseph Roussel*

/s/ Patrick H. Flanagan *(with permission)*
Patrick H. Flanagan, N.C. Bar No. 17407
Kayla N. McDaniel, N.C. Bar No. 657995
Cranfill Sumner LLP
P.O. Box 30787
Charlotte, NC 28230
Telephone: (704) 332-8300
Facsimile: (704) 332-9994
pfh@cshlaw.com
kmcdaniel@cshlaw.com

*Attorney for Defendants Sarah E. Poole, Christopher B. Stamper & Antonio M. Woodley*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this date, the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

    This the 29th day of June, 2022.

                                /s/ Richard J. Keshian
                                Richard J. Keshian, NC Bar No. 10681
                                Whitney R. Pakalka, NC Bar No. 52611
                                Kilpatrick Townsend & Stockton LLP
                                1001 West Fourth Street
                                Winston-Salem, NC 27101
                                Telephone: (336) 607-7300
                                Facsimile: (336) 607-7500
                                Email:   rkeshian@kilpatricktownsend.com
                                                      wpakalka@kilpatricktownsend.com

                                *Attorneys for Plaintiff, Sean Neville, as Administrator of The Estate of John Elliott Neville*