UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| SEAN NEVILLE, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) Case No. 1:21CV758 |
| WELLPATH LLC, et al., | ) |
| Defendants. | ) |

ORDER

In light of the District Judge's Order [Doc. #80], the Parties should meet and confer and file a Supplemental Rule 26(f) Report outlining the schedule for discovery and dispositive motions, divided by issues and claims as may be appropriate. This would include, for example, a schedule for the discovery that will continue between now and December 2022, including third party discovery and objections to discovery unrelated to any assertion of the Fifth Amendment, and the schedule for discovery and dispositive motions for claims that would not be affected by the discovery that has been stayed. The Parties should also address the schedule for remaining discovery after December 14, 2022, including expert discovery, consistent with a trial date in October 2023, and leaving sufficient time for briefing and consideration of dispositive motions prior to trial. The conference should take place within the next week, so that the supplemental report can be filed by August 4, 2022.

IT IS THEREFORE ORDERED that the Parties are directed to meet and confer and file a Supplemental Rule 26(f) Report by August 4, 2022, addressing the discovery deadlines and dispositive motion deadlines that will apply in light of the Court's Order [Doc. #80].

This, the 20th day of July, 2022.

/s/ Joi Elizabeth Peake
United States Magistrate Judge